

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-82,831-01

**In Re LUIS SOLIS-GONZALEZ, Relator**

### ON MOTION FOR LEAVE TO FILE APPLICATION FOR WRIT OF MANDAMUS, APPLICATION FOR WRIT OF MANDAMUS, AND MOTION TO STAY THE PROCEEDINGS BELOW IN CAUSE NO. 20120D04103 IN THE 243RD JUDICIAL DISTRICT COURT EL PASO COUNTY

*Per curiam*.

### O R D E R

We have before us a motion for leave to file an emergency application for a writ of mandamus, an emergency application for a writ of mandamus, and an emergency motion for a stay of the trial court proceedings. In August 2012, a grand jury indicted Relator for the offense of capital murder. Evidence in the case was collected, and the State moved for DNA testing by the Texas Department of Public Safety Crime Lab pursuant to Texas

Code of Criminal Procedure Article 38.43.  The trial court granted that testing.  However, the lab has asked for more time in which to complete the testing, and it appears that the trial court has scheduled the trial to proceed before the results of that testing have been completed.  Relator has filed these pleadings in response to the apparent violation of Article 38.43.

Before this Court makes a decision on Relator's motion for leave to file, the State and the trial court should have the opportunity to respond.  Therefore, the prosecutor and the Honorable Luis Aguilar, Judge of the 243rd Judicial District Court, have 30 days from the date of this order to file any response to Relator's pleadings.  The district clerk is also ordered to forward to this Court the record of the October 2, 2014, hearing held in the trial court.  The trial proceedings below are stayed pending further order of this Court.  Any DNA testing or other pretrial matters shall continue as scheduled.

IT IS SO ORDERED THIS THE 9th DAY OF FEBRUARY, 2015.


Do Not Publish